# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN TAIT, a minor, by and through JENNIFER R. TAIT, her parent and natural Guardian, individually, and on behalf of all other similarly situated individuals, | ) ) ) ) ) ) |
|     Plaintiffs | ) ) ) Civil Action No. 17-182-AJS ) |
| BUTLER AREA SCHOOL DISTRICT, MARY WOLF, GLENN TERWILLIGER, and DALE R. LUMLEY, Ph.D., | ) ) ) ) |
|     Defendants | ) |

## JOINDER IN MOTIONS TO DISMISS

Glenn Terwilliger, by and through, his undersigned counsel, joins in

the  Motion to Dismiss for Failure to State a Claim Upon Which Relief  Can Be

Granted Pursuant to Federal Rule of Civil Procedure 12(B)(6) filed by Dr. Dale

Lumley and Mary Wolf and the Motion to Dismiss filed by Butler Area School

District.                                 Respectfully submitted,

                        s/ *Jon Hogue*
                        Jon Hogue
                        Pa. I.D. #19780
                        MURRAY, HOGUE & LANNIS
                        707 Grant St., Suite 3400
                        Pittsburgh, PA 15219
                        412-263-5228

Dated: June 1, 2017              *Attorney for Defendant,  Glenn Terwilliger*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joinder in Motions to Dismiss has been served

upon counsel of record for all parties via the CM/ECF system, this filing made June 1, 2017.

s/ *Jon Hogue*