IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

)
)
)
)
Plaintiff(s) )
v. ) Civil Action No.
)
)
)
)
Defendant(s) )

**<u>REPORT OF NEUTRAL</u>**

A _____ session was held in the above captioned matter on _____.

The case (please check one):
    \_\_\_\_\_has resolved
    \_\_\_\_\_has resolved in part (see below)
    \_\_\_\_\_has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: _____
                                               _____
                                               Signature of Neutral

Rev. 09/11