**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILLIAN TAIT, a minor, by and through | ) | |
| JENNIFER R. TAIT, her parent and natural, | ) | |
| guardian, individually and on behalf of all other | ) | |
| individuals, | ) | |
| Plaintiffs, | ) | No. 2:17-cv-182-AJS |
| | ) | |
| vs. | ) | |
| | ) | |
| BUTLER AREA SCHOOL DISTRICT | ) | |
| MARY WOLF, GLENN TERWILLIGER | ) | |
| and DALE R. LUMLEY, Ph.D, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF NEUTRAL

The Early Neutral evaluation was held on September 14, 2017. It was unproductive. Plaintiff's counsel's client did not appear as required. The plaintiff's counsel did not send copies of his/her written statement to opposing counsel. The plaintiff's counsel was unable to discuss all of the evidence needed to proceed with an appropriate Early Neutral Evaluation. Plaintiff's counsel has yet to file a complaint in state court and is still waiting to obtain an executed verification from the putative plaintiff to attach to the compliant. The Plaintiff's counsel was unable to state with certainty who would be the representative plaintiff for the class. Unfortunately, it was a waste of time.

John McMeekin, Esquire, counsel for the Butler Area School District, ask that I inform the Court that he believes that Plaintiff's counsel should be sanctioned by the court by causing Plaintiff's counsel to reimburse all defense counsel for the cost of the mediation. As the Neutral, I do not believe that I have the authority to impose such a sanction and will leave that determination for the court.

Thank you for allowing me to be of service to the court.

Dated: 9-18-17                                          /s/ Gary P. Caruso